## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

|  |  |  |
|---|---|---|
| | ) | |
| TAREON KELSEY, ANGELIQUE | ) | |
| HILL, BRIANNA TRIMBLE, | ) | |
| STEPHANIE BURNS, *et al.*, | ) | CIVIL ACTION NO.: |
| individually and as representatives | ) | 1:15-cv-2357-LMM |
| of proposed class, | ) | |
| | ) | |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | **CLASS ACTION** |
| | ) | |
| DEKALB COUNTY, GEORGIA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PROPOSED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b), and the Court's Order of August 24, 2015

[Doc. # 19], the parties jointly file the following scheduling order.

1. **Pre-Discovery Disclosures**

The parties will exchange the information required by Fed. R. Civ. P.

26(a)(1) by September 25, 2015.

1

2. **Discovery Plan**

The parties suggest a bifurcated discovery plan. The first portion of discovery should concern the prerequisites of class certification described by Fed. R. Civ. P. Rules 23(a) and (b)(3). The parties request that this first portion of discovery extend until February 29, 2016. Plaintiffs will then file a motion for class certification by March 31, 2016, and the parties will file responses and reply briefs in accordance with the local rules. Upon the Court's determination whether class classification is or is not appropriate, a Rule 26 meeting should be conducted to plan future merits discovery.

Parties request the discovery outlined below and any other discovery relative to issues of class certification. The parties consent to the discovery requests except where noted.

    a. Responses to the written discovery requests filed by Plaintiffs on June 19, 2015 in the State Court of Dekalb County. The written

discovery includes Plaintiffs' First Requests for Production of Documents and Plaintiffs' First Interrogatories.[1]

Plaintiffs' Position: Plaintiffs request the responses by October 15, 2015 because such requests were served on June 19, 2015 and Defendants have failed to respond.

Defendants' Position: Defendants request until November 20, 2015 to respond.  Defendants request until November 20, 2015 to respond because the information Plaintiffs seek is extremely voluminous; determining which requested information and documents could be produced without undue burden or cost and then compiling available responsive information and documents is expected to be an exceedingly time-consuming task, especially given that the DeKalb County Recorder's Court no longer exists and has no employees who could be assigned to perform or assist with this task.

b. Plaintiffs' Position: Plaintiffs request a notice to all individuals who had their driver's licenses suspended by Dekalb County

---

[1] Plaintiffs' written discovery requests were attached to Plaintiffs' Notice of Filing [Doc. #8] filed on July 16, 2015.

Recorder's Court from June 19, 2012 to June 30, 2015 when

Dekalb County Recorder's Court ceased to exist as by far the most

efficient means of determining the scope of the prospective class

and numerosity of that class.  The notice would query whether the

recipient believed that they were erroneously listed as having a

suspended license.  The notice should be sent no later than October

15, 2015.[2]

c.  <u>Defendants' Position:</u> Defendants object to such a proposed notice

because it is premature based upon Fed. R. Civ. P. Rule 23(c)(2).

Fed. R. Civ. P. Rule 23 provides for notice to class members only

after class certification.  Further, Defendants object to Plaintiffs'

proposed notice (regardless of its proposed timing) on the ground

that it is factually inaccurate, being based on Plaintiffs' incorrect

assumptions about the Dekalb County Recorder's Court's role in

the process that could result in suspension of driver's licenses by

the Georgia Department of Driver Services.

---

[2] Plaintiffs' proposed notice to all potential class members was attached to Plaintiff's Summary regarding Service of Process and Class-Based Discovery, submitted on August 21, 2015 directly to the Court.

d. Parties request the following depositions related to class certification pursuant to Fed. R. Civ. P. Rule 30:

    i. Former Chief Judge Nelly Withers;

    ii. Former Administrator Troy Thompson;

    iii. A Fed. R. Civ. P. Rule 30(b)(6) deposition(s) as necessary for class certification or the individual(s) responsible for the information technology and electronically stored information for Dekalb County Recorder's Court whose name(s) is/are not currently known to Plaintiffs;

    iv. The former chief clerk(s) whose name(s) is/are not currently known to Plaintiffs; and

    v. All named Plaintiffs.

e. Parties seek a third-party discovery request to the Georgia Department of Driver's Services (DDS), subject to a protective order as needed, to obtain:

    i. All records showing driver's license suspensions by DDS that were implemented or in effect between June 19, 2012 and June 30, 2015, where the suspension was based on

information provided by the DeKalb County Recorder's Court;

ii. For each individual whose driver's license suspension record(s) are responsive to the request above, all communications that DDS sent to or received from the DeKalb County Recorder's Court or the individual regarding that individual after the first communication that resulted in a driver's license suspension that was implemented or in effect between June 19, 2012 and June 30, 2015;

iii. All requests for driver's license suspensions submitted by Dekalb County Recorder's Court from June 19, 2012 to June 30, 2015 including but not limited to a complete and unredacted copy of the DDS file and any electronically stored information; and

iv. All court correction requests or requests for the withdrawal of a driver's license suspensions sent by Dekalb County Recorder's Court to DDS from June 19, 2012 to June 30, 2015.

6

Respectfully submitted this 11th day of September, 2015.

> /s/ William J. Atkins
> William J. Atkins
> Georgia Bar No. 027060
> Edmond, Lindsay & Hoffler, LLP
> 344 Woodward Avenue, S.E.
> Atlanta, GA 30312
> Telephone: (404) 525-1080
> Facsimile: (404) 525-1080
> batkins@edmondfirm.com
> www.edmondfirm.com
>
> /s/Gerald Weber
> Gerald Weber
> Georgia Bar No. 744878
> Crystal Redd
> Georgia Bar No. 969002
> Southern Center for Human Rights
> 83 Poplar Street, N.W.
> Atlanta, GA 30303
> Telephone: (404) 688-1202
> Facsimile: (404) 688-9440
> gweber@schr.org
> credd@schr.org
>
> *Counsel for the Plaintiffs*
>
> /s/ James E. Dearing, Jr.
> James E. Dearing, Jr.
> Georgia Bar No. 215090
> James E. Dearing, Jr., P.C.
> 730 Peachtree Street, N.E.

Suite 460
Atlanta, GA 30308
Telephone: (404) 870-0010
Facsimile: (404) 870-0008
jdearing@jed-law.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

TAREON KELSEY, ANGELIQUE            )
HILL, BRIANNA TRIMBLE,              )
STEPHANIE BURNS, *et al.*,          )          CIVIL ACTION NO.:
individually and as representatives )          1:15-cv-2357-LMM
of proposed class,                  )
                                    )
    Plaintiffs,             )          **JURY TRIAL DEMANDED**
                                    )
    v.                      )          **CLASS ACTION**
                                    )
DEKALB COUNTY, GEORGIA,             )
*et al*.,                           )
                                    )
    Defendants.             )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing

**PROPOSED SCHEDULING ORDER** with the Clerk of Court using the

electronic filing system which will automatically send notification of such filing to

the following attorney of record:

James Dearing, Jr.
James E, Dearing, Jr., P.C.
730 Peachtree Street

9

Suite 460
Atlanta, GA 30308
jdearing@jed-law.com

This 11th day of September, 2015.

*/s/William J. Atkins*
William J. Atkins
Georgia Bar No. 027060
Edmond, Lindsay & Hoffler, LLP
344 Woodward Avenue, S.E.
Atlanta, GA 30312
Telephone: (404) 525-1080
Facsimile: (404) 525-1080
batkins@edmondfirm.com
www.edmondfirm.com