**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TAREON KELSEY, ANGELIQUE HILL, BRIANNA TRIMBLE, STEPHANIE BURNS, *et al.*, individually and as representatives of proposed class, | ) ) ) ) ) ) ) | CIVIL ACTION NO.: 1:15-cv-2357-LMM |
| Plaintiffs, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | **CLASS ACTION** |
| DEKALB COUNTY, GEORGIA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>SCHEDULING ORDER</u>**

Pursuant to Fed. R. Civ. P. 16(b), and the Court's Order of August 24, 2015

[Doc. # 19], the Court enters the following scheduling order:

1. **Pre-Discovery Disclosures**

    The parties will exchange the information required by Fed. R. Civ. P.

    26(a)(1) by September 25, 2015.

1

## 2.  Discovery Plan

The Court orders a bifurcated discovery plan. The first portion of discovery will concern the prerequisites of class certification described by Fed. R. Civ. P. Rules 23(a) and (b)(3). This portion of discovery extends until February 29, 2016. Plaintiffs will then file a motion for class certification by March 31, 2016, and the parties will file responses and reply briefs in accordance with the local rules. Upon the Court's determination whether class classification is or is not appropriate, a Rule 26 meeting will be conducted to plan future merits discovery.

Responses to the written discovery requests filed by Plaintiffs on June 19, 2015 in the State Court of Dekalb County include responses to Plaintiffs' First Requests for Production of Documents and Plaintiffs' First Interrogatories.[1] Defendants have until November 20, 2015 to respond. Defendants will be granted no additional extensions to this deadline.

---

[1] Plaintiffs' written discovery requests were attached to Plaintiffs' Notice of Filing [Doc. #8] filed on July 16, 2015.

2

The Court will not currently order that Defendants respond to Plaintiffs' request for a notice to all individuals who had their driver's licenses suspended by Dekalb County Recorder's Court from June 19, 2012 to June 30, 2015, but the Court will consider more information on this issue before issuing a final ruling. Plaintiffs are **DIRECTED** to file a brief on this particular issue limited to 15 pages. Defendants are then **DIRECTED** to file a response within 14 days. This response is also limited to 15 pages. The Court will then issue an expedited ruling on this issue.

As to the other agreements that the Parties have reached as part of this discovery plan and that are reflected in this document, the Court adopts these agreements as part of this scheduling order.

    a. Parties request the following depositions related to class certification pursuant to Fed. R. Civ. P. Rule 30:

        i. Former Chief Judge Nelly Withers;

        ii. Former Administrator Troy Thompson;

        iii. A Fed. R. Civ. P. Rule 30(b)(6) deposition(s) as necessary for class certification or the individual(s) responsible for the

information technology and electronically stored information for Dekalb County Recorder's Court whose name(s) is/are not currently known to Plaintiffs;

iv. The former chief clerk(s) whose name(s) is/are not currently known to Plaintiffs; and

v. All named Plaintiffs.

b. Parties seek a third-party discovery request to the Georgia Department of Driver's Services (DDS), subject to a protective order as needed, to obtain:

i. All records showing driver's license suspensions by DDS that were implemented or in effect between June 19, 2012 and June 30, 2015, where the suspension was based on information provided by the DeKalb County Recorder's Court;

ii. For each individual whose driver's license suspension record(s) are responsive to the request above, all communications that DDS sent to or received from the DeKalb County Recorder's Court or the individual regarding

4

that individual after the first communication that resulted in a driver's license suspension that was implemented or in effect between June 19, 2012 and June 30, 2015;

iii. All requests for driver's license suspensions submitted by Dekalb County Recorder's Court from June 19, 2012 to June 30, 2015 including but not limited to a complete and unredacted copy of the DDS file and any electronically stored information; and

iv. All court correction requests or requests for the withdrawal of a driver's license suspensions sent by Dekalb County Recorder's Court to DDS from June 19, 2012 to June 30, 2015.

**IT IS SO ORDERED** this 21st day of September, 2015.

**Leigh Martin May**
**United States District Judge**

5